IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ADAM BROWN,  No. 2:15-cv-01109-HZ

          Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,  ORDER

          Defendant.

Plaintiff Adam Brown brought this action seeking review of the Commissioner's final decision to deny supplemental security income (SSI). In an August 10, 2016 Opinion & Order, I reversed the Commissioner's decision and remanded for additional proceedings. Judgment was entered on August 10, 2016. Upon remand, Plaintiff was found to be disabled and awarded benefits. Mot. for Atty Fees, Exs. 2, 3, 4, ECF 35-2, 35-3, 35-4.

Plaintiff now seeks an award of fees pursuant to 42 U.S.C. § 406(b). Defendant has no objection to the request. I have reviewed the record in the case, the motion, and the supporting materials including the award of benefits, the fee agreement with counsel, and the recitation of

1 - ORDER

counsel's hours and services. Applying the standards set by *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002), I find the requested fees reasonable.

I grant the motion [#35] and award Plaintiff's counsel $5,583.84 in attorney's fees under 42 U.S.C. § 406(b). Previously, I awarded Plaintiff attorney's fees in the amount of $3,678.37 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, ECF 28. When issuing the section 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to subtract the amount previously awarded under EAJA and send Plaintiff's attorney the balance of $1,905.47, less any applicable processing fees as allowed by statute. Any amount withheld after all administrative and court attorney's fees are paid should be released to the claimant.

IT IS SO ORDERED.

Dated this 12 day of June, 2018

_____
Marco A. Hernandez
United States District Judge